No. COA 14-4125

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | From The Middle District of North Carolina |
| v. | ) | |
| ERNESTO WILLIAMS POLLARD, | ) | 1:13CR00037 |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Rule 26(b) of the Federal Rules of Appellant Procedure, the defendant-appellants Ernesto Williams Pollard and Ruben Dutervil hereby move for an extension of time within which to prepare and serve their brief and joint appendix to and including July 7, 2014.

1. This is the first request for an extension of time;

2. This request is made before the expiration of the period originally proscribed;

3. This case is a consolidated appeal and involves two defendants.  Each of the defendants attorneys need

additional time to coordinate preparing a joint appendix and brief;

4. Counsel for co-defendant Ruben Dutervil, Thomas Johnson, joins this extension of time to prepare and serve the joint appendix and brief and does not object;

5. The opposing counsel AUSA, Terry M. Meinecke, has been consulted about this motion and consents to this extension of time and does not object;

6. The defendant-appellants Ernesto Williams Pollard and Ruben Dutervil's brief and joint appendix are presently due June 5, 2014.

WHEREFORE, the defendant-appellants, Ernesto Williams Pollard and Ruben Dutervil, pray that the Court extend time for them to prepare and serve their joint appendix and brief to and including July 7, 2014, and that the Court grant such other and further relief, which the Court deems just and proper.

This the 3rd day of June, 2014.

By:/s/Eugene E. Lester III
Eugene E. Lester III
Attorney for Defendant
N.C. State Bar No 23255
SHARPLESS & STAVOLA, P.A.
Post Office Box 22106
Greensboro, NC  27420
Telephone: (336) 333-6382
Facsimile: (336) 333-6399
eel@sharpless-stavola.com

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND JOINT APPENDIX** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

        Mr. Terry M. Meinecke
        U.S. Department of Justice
        P O Box 1858
        Greensboro, NC  27401

        Mr. Thomas H. Johnson, Jr.
        Gray Johnson Blackmon Lee & Lawson, LLP
        The Gray Bldg.
        108 North Elm Street
        Greensboro, NC  27401

                By:/s/<u>Eugene E. Lester III</u>
                    Eugene E. Lester III
                    Attorney for Defendant
                    N.C. State Bar No 23255
                    SHARPLESS & STAVOLA, P.A.
                    Post Office Box 22106
                    Greensboro, NC  27420
                    Telephone: (336) 333-6382
                    Facsimile: (336) 333-6399
                    eel@sharpless-stavola.com