UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

Nos. <u>14-4125(L); 14-4151</u>     Caption: <u>United States v. Ernesto Williams Pollard; Ruben Dutervil</u>

<u>Appellants                                                                                                                   </u>
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   **Volume II and Volume III of the Joint Appendix**

2. Is sealing of document(s) necessary?

   [ ] No
   [X] Yes, to protect material sealed by district court/agency
   [ ] Yes, to protect personal data identifiers

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   **The United States District Court for the Middle District of North Carolina at Greensboro Typically Files Presentence Investigation Reports Under Seal**

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   **Confidential and Personal Materials are filed under seal.**

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix:

   [X] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted:

   [ ] Yes


<u>July 7, 2014                    </u>                                          <u>/s/ Eugene E. Lester, III                              </u>
(date)                                                                              *Counsel for Appellant*