No. COA 14-4125 (L)
      14-4151

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ERNESTO WILLIAMS POLLARD, )<br>)<br>      Defendant. )<br>) | **From NCMD**<br><br>1:13CR00037 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT APPENDIX**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The defendant-appellants Ernesto Williams Pollard and Ruben Dutervil, hereby move the court for entry of an order granting leave to file a supplemental joint appendix. The government does not oppose this motion. The grounds for this motion is set forth below.

Defendant-appellants' joint brief made reference to their sentencing that was heard on January 16, 2014. Ernesto William Pollard's sentencing transcript is provided in the joint appendix, however, Ruben Dutervil's transcript was not included. Given that both appellants' sentencing is at issue, Mr. Dutervil's sentencing transcript should be included in the supplemental joint appendix.

WHEREFORE, defendant-appellants respectfully request that the court enter an order granting leave to file a supplemental joint appendix which contains the sentencing transcript of defendant-appellant Ruben Dutervil.

This the 24rd day of July, 2014.

>By:/s/<u>Eugene E. Lester III</u>
>   Eugene E. Lester III
>   Attorney for Defendant
>   N.C. State Bar No 23255
>   SHARPLESS & STAVOLA, P.A.
>   Post Office Box 22106
>   Greensboro, NC  27420
>   Telephone: (336) 333-6382
>   Facsimile: (336) 333-6399
>   eel@sharpless-stavola.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT APPENDIX** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

        Mr. Terry M. Meinecke
        U.S. Department of Justice
        P O Box 1858
        Greensboro, NC  27401

        Mr. Thomas H. Johnson, Jr.
        Gray Johnson Blackmon Lee & Lawson, LLP
        The Gray Bldg.
        108 North Elm Street
        Greensboro, NC  27401

    This the 24rd day of July, 2014.

                By:/s/<u>Eugene E. Lester III</u>
                    Eugene E. Lester III
                    Attorney for Defendant
                    N.C. State Bar No 23255
                    SHARPLESS & STAVOLA, P.A.
                    Post Office Box 22106
                    Greensboro, NC  27420
                    Telephone: (336) 333-6382
                    Facsimile: (336) 333-6399
                    <u>eel@sharpless-stavola.com</u>