FILED: July 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4125 (L)
(1:13-cr-00037-WO-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ERNESTO WILLIAMS POLLARD

    Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk